UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH HILSEKI,

    Plaintiff,

v.

                          Case No.: 1:07-cv-1049

KENT COUNTY CORRECTIONAL
FACILITY,                         HONORABLE PAUL L. MALONEY

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that:

This case is dismissed pursuant to Fed. R. Civ. P. 41(b) and W.D.Mich.L.Civ.R. 41.1 for want of prosecution and failure to comply with the rules and orders of this court.

Dated: January 15, 2008                        /s/ Paul L. Maloney
                                                   Paul L. Maloney
                                                   United States District Judge